```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06539
  SHELIA HOLMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-3643


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/12/2007 and was confirmed 06/07/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/29/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
 DRIVE FINANCIAL SERVICES SECURED VEHIC   10266.08         469.79       2534.66
 DRIVE FINANCIAL SERVICES UNSECURED      NOT FILED            .00           .00
 AT & T BANKRUPCTY        UNSECURED      NOT FILED            .00           .00
 CAVALRY                  NOTICE ONLY    NOT FILED            .00           .00
 BARNES AUTO GROUP        NOTICE ONLY    NOT FILED            .00           .00
 BETHANY HOSPITAL         UNSECURED      NOT FILED            .00           .00
 CDA PONTIAC              NOTICE ONLY    NOT FILED            .00           .00
 HARRIS & HARRIS          NOTICE ONLY    NOT FILED            .00           .00
 CHECK N GO               UNSECURED      NOT FILED            .00           .00
 TELCOLLECT               NOTICE ONLY    NOT FILED            .00           .00
 CITY OF CHICAGO PARKING  UNSECURED        5475.00            .00           .00
 LINEBARGER GOGGAN BLAIR  NOTICE ONLY    NOT FILED            .00           .00
 COMCAST                  NOTICE ONLY    NOT FILED            .00           .00
 CREDIT PROTECTION ASSOCI NOTICE ONLY    NOT FILED            .00           .00
 FRIEDMAN & WEXLER        NOTICE ONLY    NOT FILED            .00           .00
 ECONOMY INTERIORS INC    NOTICE ONLY    NOT FILED            .00           .00
 JVDB ASSOCIATES          NOTICE ONLY    NOT FILED            .00           .00
 HONOR FINANCE            NOTICE ONLY    NOT FILED            .00           .00
 ILLINOIS TITLE LOANS INC UNSECURED      NOT FILED            .00           .00
 IQ TEL                   UNSECURED      NOT FILED            .00           .00
 IC SYSTEMS               NOTICE ONLY    NOT FILED            .00           .00
 LOAN EXPRESS CO          UNSECURED         166.40            .00           .00
 LVNV FUNDING             UNSECURED      NOT FILED            .00           .00
 ROUNDUP FUNDING LLC      UNSECURED         425.04            .00           .00
 ALLIED INTERSTATE        NOTICE ONLY    NOT FILED            .00           .00
 CBE GROUP INC            NOTICE ONLY    NOT FILED            .00           .00
 SHERMAN ACQUISITION      NOTICE ONLY    NOT FILED            .00           .00
 MCI WORLD COM            UNSECURED      NOT FILED            .00           .00
 PMS                      NOTICE ONLY    NOT FILED            .00           .00
 MIDWEST TITLE LOANS      UNSECURED      NOT FILED            .00           .00
 NATIONAL CREDIT ADJUSTER UNSECURED      NOT FILED            .00           .00
 NORTHWEST RADIOLOGY ASSO UNSECURED      NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06539 SHELIA HOLMAN
```

```
KCA FINANCIAL SERVICES    NOTICE ONLY    NOT FILED              .00           .00
OVERLAND BOND & INVESTME  NOTICE ONLY    NOT FILED              .00           .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         57.29               .00           .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY    NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY    NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED              .00           .00
SAGE TELECOM INC          UNSECURED      NOT FILED              .00           .00
SBC                       UNSECURED        254.51               .00           .00
ASSET ACCEPTANCE LLC      NOTICE ONLY    NOT FILED              .00           .00
SURETY FINANCIAL SERVICE  UNSECURED      NOT FILED              .00           .00
T MOBILE                  UNSECURED        614.29               .00           .00
TCF NATIONAL BANK         UNSECURED      NOT FILED              .00           .00
PROFESSIONAL ACCOUNT MAN  NOTICE ONLY    NOT FILED              .00           .00
TEL COLLECT INC           UNSECURED      NOT FILED              .00           .00
ACTIVE CREDIT SERVICE     UNSECURED      NOT FILED              .00           .00
WELLS FARGO FINANCIAL IN  UNSECURED       9458.08               .00           .00
BLITT & GAINES PC         NOTICE ONLY    NOT FILED              .00           .00
COMCAST                   UNSECURED        166.72               .00           .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT    354.00               .00        354.00
NCO FINANCIAL             UNSECURED       1250.00               .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    3,000.00                         1,287.53
TOM VAUGHN                TRUSTEE                                           323.43
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                4,969.41

PRIORITY                                       354.00
SECURED                                      2,534.66
   INTEREST                                    469.79
UNSECURED                                         .00
ADMINISTRATIVE                               1,287.53
TRUSTEE COMPENSATION                           323.43
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS                 4,969.41              4,969.41
```

           PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06539 SHELIA HOLMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   3
     CASE NO. 07 B 06539 SHELIA HOLMAN
```